UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA RICHARDS, a single individual, <br><br> Plaintiff, <br><br> vs. <br><br> SAFEWAY, INC., a foreign corporation d/b/a 45106 SAFEWAY and KIMCO REALTY CORPORATION, a foreign corporation d/b/a PK I SILVERDALE SHOPPING CENTER, LLC, and DOES 1 through 5., <br><br> Defendants. | No. <br><br> **SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT** |

### RULE 7.1 DISCLOSURE STATEMENT

Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Safeway's stock.

//

//

//

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 1
CAUSE NO.

3077583 / 824.0097

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  Dated this 21ˢᵗ day of October, 2021.

2                                             FORSBERG & UMLAUF, P.S.

3

4  _____
   Kimberly A. Reppart, WSBA #30643
5  Alexandra E. Ormsby, WSBA #52677
   901 Fifth Avenue, Suite 1400
6  Seattle, WA  98164
   Tel: 206-689-8500
7  Facsimile: 206-689-8501
   Email: kreppart@foum.law
8  Email: aormsby@foum.law
   Attorneys for Defendant Safeway Inc.

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 2
CAUSE NO.

3077583 / 824.0097

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT*** on the following individuals in the manner indicated:

| | |
|---|---|
| Ms. Carrie E. Eastman<br>Sanchez, Mitchell, Eastman & Cure, PSC<br>4110 Kitsap Way, Suite 200<br>Bremerton, WA  98312-2401<br>(X) Via ECF and Email: cee@spinnakerbldg.com | Mr. David S. Cottnair<br>Preg O'Donnell & Gillett<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA  98164<br>(X) Via ECF and Email:<br>dcottnair@pregodonnell.com |

**SIGNED** this 21st day of October, 2021, at Seattle, Washington.

*/s/ Erin D. Gray*
Erin D. Gray

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – 3
CAUSE NO.

3077583 / 824.0097

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX